CHARLES D. CRITTENDEN, GUARDIAN, ETC., v. CORNELIUS J. REILLY, PRESIDING AS CIRCUIT JUDGE OF MACOMB COUNTY.

*Probate courts—Appeal—Dismissal—Mandamus—Laches.*

*Mandamus* will not lie to vacate an order dismissing an appeal from probate court after the time limited by 3 How. Stat. § 8686,[1] for bringing *certiorari* has expired.

[1] How. Stat. § 8693, provides that writs of *certiorari* shall be brought within the time limited for bringing a writ of error upon a judgment; and 3 How. Stat. § 8686, limits the time for bringing a writ of error to one year, subject to an extension of not exceeding six months by the Supreme Court, or by one of the Supreme Court Justices at chambers, when the party making the application has been prevented from taking out the writ by circumstances not under his control.

*Mandamus.* Argued December 12, 1893. Denied December 13, 1893.

Relator, as guardian of minor heirs, appealed from an order of the probate court of Macomb county admitting a will to probate. The respondent, as presiding judge, made an order dismissing the appeal, and, after the expiration of the year limited by 3 How. Stat. § 8686, for bringing *certiorari*, the relator applied for a writ of *mandamus* to compel the respondent to vacate the order of dismissal.

*Black & Dodge,* for relator.

*F. H. Canfield,* for respondent.

PER CURIAM. The relator had a remedy by *certiorari*, which has been lost by lapse of time; and a writ of *mandamus* will not be granted to extend the time beyond that limited for bringing *certiorari*.